(November 21, 1996)

■ In the Matter of THOMAS J. TRAVERS, Appellant, v WILLIAM J. BRATTON, as Commissioner of New York City Police Department, et al., Respondents. [650 NYS2d 533] —Order,

Supreme Court, New York County (David Saxe, J.), entered January 31, 1995, dismissing petitioner's article 78 petition challenging his termination as a probationary police officer with the New York City Police Department, affirmed, without costs or disbursements, for the reasons set forth in *Matter of Garcia v Bratton* (225 AD2d 123 [decided herewith]). Concur—Sullivan, Rosenberger and Nardelli, JJ.

Murphy, P. J. and Rubin, J., dissent in a memorandum by Murphy, P. J., as follows: In accordance with the views expressed in my dissent in *Matter of Garcia v Bratton* (225 AD2d 123, 128 [decided herewith]), I would reverse the decision of the Supreme Court, reinstate and grant the petition, and annul the determination of the Commissioner terminating petitioner from the employ of the New York City Police Department.